IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED APR 21 2015 CLERK, U.S. DISTRICT COURT RICHMOND, VA

ADRIAN T. HATTON,

    Plaintiff,

v.                                Civil Action No. 3:14CV428

CAPTAIN JOHNSON, et al.,

    Defendants.

**MEMORANDUM OPINION**

Adrian T. Hatton, a Virginia inmate proceeding pro se and in forma pauperis, filed this 42 U.S.C. § 1983 action. In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. See Dowe v. Total Action Against Poverty in Roanoke Valley, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). In his current Complaint, Plaintiff fails to provide each defendant with fair notice of the facts and legal basis upon which his or her liability rests. See Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007) (quoting Conley v. Gibson, 355 U.S. 41, 47 (1957)). Accordingly, by Memorandum Order entered on March 24, 2015, the Court directed Hatton to submit a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Hatton that the

failure to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the March 24, 2015 Memorandum Order. Hatton failed to submit a particularized complaint or otherwise responded to the March 24, 2015 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Hatton.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: April 21, 2015
Richmond, Virginia